■ In the Matter of DONALD ORR, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Cor-

rectional Services, Respondent. [778 NYS2d 380]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered January 27, 2004) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Lawton, JJ.